# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

AVERY WAYNE JOHNSTON
ADC #150809                                                              PLAINTIFF

v.                          No. 2:17-cv-145-DPM

GRANT E. HARRIS, Deputy Director,
EARU; RAY HOBBS, Director, ADC;
DANNY BURL, Warden, EARU; JONES,
Sergeant, EARU; L. MONTAGUE, Sergeant,
EARU; and STONE, CO, EARU                                              DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the recommendation, № 19, as supplemented and overrules Johnston's objections, № 20 & № 21. FED. R. CIV. P. 72(b)(3). Johnston's affidavit, № 17, fails to state a claim. In his objections, though, Johnston says the affidavit wasn't intended as an amended complaint. If that's so, then Johnston didn't comply with the Court's 22 January 2018 Order to file a short and plain statement of one claim in an amended complaint. № 16. And as Magistrate Judge Kearney noted, Johnston's previous amendment, № 15, doesn't comply with the federal rules: it covers too much ground in sixty-three pages for any proposed defendant to meet fairly and specifically by answer or Rule 12 motion. FED. R. CIV. P. 8(a)(2). Johnston's amended complaint, № 15, will therefore be dismissed

without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 March 2018