IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

AVERY WAYNE JOHNSTON
ADC #150809                                              PLAINTIFF

v.                          No. 2:17-cv-145-DPM

GRANT E. HARRIS, Deputy Director,
EARU;  RAY HOBBS, Director, ADC;
DANNY BURL, Warden, EARU;  JONES,
Sergeant, EARU;  L. MONTAGUE, Sergeant,
EARU;  and STONE, CO, EARU                   DEFENDANTS

JUDGMENT

Johnston's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_29 March 2018_